UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
H.A., et al, :
:
                Plaintiffs, :     25-CV-5005 (JMF) (OTW)
:
              -against- :     **SCHEDULING ORDER**
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
              Defendant. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 14. The parties' application is **GRANTED**.

This case is **STAYED** until November 25, 2025. The Court will hold a **Preliminary Settlement Conference Call on Tuesday, December 02, 2025 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: August 28, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge