**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
H.A., et al.,                                                  :
                                                              :
                Plaintiffs,              :      25-CV-5005 (JMF) (OTW)
                                                              :
                -against-              :      __SCHEDULING ORDER__
                                                              :
NEW YORK CITY PUBLIC SCHOOLS A/K/A NEW        :
YORK CITY DEPARTMENT OF EDUCATION,            :
                                                              :
                Defendant.               :
                                                              :
--------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The **Preliminary Settlement Conference Call on Wednesday, January 21, 2026 at 2:00 p.m.** is **ADJOURNED** to **Tuesday, February 3, 2026, at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

      The Clerk of Court is respectfully directed to close ECF Nos. 21 and 22.

      **SO ORDERED.**


_/s/  Ona T. Wang_

Dated: January 16, 2026                    **Ona T. Wang**
      New York, New York                United States Magistrate Judge