**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

H.A., et al,                                            :
                                                       :
                        Plaintiffs,                    :        25-CV-5005 (JMF) (OTW)
                                                       :
            -against-                                  :        **SCHEDULING ORDER**
                                                       :
NEW YORK CITY DEPARTMENT OF EDUCATION,                 :
                                                       :
                        Defendant.                     :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

Mediation in this case was not successful. Accordingly, the stay in this case is **LIFTED**.

The following briefing schedule will apply to Plaintiffs' anticipated motion for summary judgment:

- Plaintiffs' motion for summary judgment is due **Thursday March 19, 2026**;

- Defendant's opposition is due **Thursday April 2, 2026**; and

- Plaintiffs' reply is due **Thursday April 9, 2026**.

       **SO ORDERED.**

 

 

_/s/ Ona T. Wang_____
Dated: February 9, 2026                    **Ona T. Wang**
     New York, New York                    United States Magistrate Judge