## Law Offices of Irina Roller, PLLC

40 Wall Street
Suite 2508
New York, New York 10005

Telephone (212) 688-1100
Facsimile (212) 706-9362
Email: Hearings@RollerEsq.com

March 4, 2026

**VIA ECF**

**MEMO ENDORSED.**

Hon. Ona T. Wang
Daniel Patrick MoynihanUnited States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *H.A., et al. v. New York City Public Schools*
          25-cv-5005 (JMF)(OTW)

Dear Judge Wang:

    Please be advised that this firm represents the Plaintiffs in the above action.  Plaintiffs brought this action seeking attorneys' fees, costs and expenses for legal work on two cases under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

    Plaintiffs respectfully request an adjournment of the Motion for Summary Judgment briefing schedule currently due by March 19, 2026 per the Court's February 9, 2026 Order (ECF 25).  Plaintiffs' counsel is unavailable due to a personal matter involving an immediate family member.  This is Plaintiffs' first request for an adjournment of the Motion for Summary Judgment briefing schedule.  Defendant consents to this request.

    The parties conferred and propose the following amended briefing schedule:

- Plaintiffs' Motion for Summary Judgment due by April 30, 2026
- Defendant's Response due by May 29, 2026
- Plaintiffs' Reply due by June 18, 2026

    Thank you in advance for the Court's consideration.

Plaintiffs' application is **GRANTED** and Court adopts the proposed briefing schedule.

**SO ORDERED.**

Ona T. Wang   March 4, 2026
U.S.M.J.

Respectfully submitted,

s/_____
Irina Roller
*Attorney for the Plaintiffs*